AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

| | |
|---|---|
| TRACY ANTHONY MILLER, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | CASE NUMBER: CV 114-143 |
| AUGUSTA STATE MEDICAL PRISON, et al., | |
| Defendants. | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order of this Court entered on August 28, 2014, this civil action is hereby DISMISSED without prejudice.

August 28, 2014
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03